1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail:  James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          )     No. CR-09-00452 YGR
                                      )
14      Plaintiff,                    )     STIPULATED REQUEST TO ADVANCE
                                      )     HEARING DATE TO AUGUST 30, 2012
15      v.                            )     AND ORDER
                                      )     Date:    October 11, 2012
16 QUINTIN PHILLIP HERSEY,            )     Time:    2:00 p.m.
        a/k/a Oliver Flynn Hershey,   )     Court:   Hon. Yvonne Gonzalez
17      a/k/a Oliver Hersey,          )              Rogers
                                      )
18      Defendant.                    )
                                      )
19

20     The above-captioned matter is set on October 11, 2012 at 2:00 p.m. before this Court for

21 a status hearing in connection with the pending Petition for Summons for Offender Under

22 Supervision.  The parties request that this matter be advanced to August 30, 2012 for a report on

23 the status and a possible disposition.

24 DATED: August 23, 2012

25

26
   _____/s/_____          _____/s/_____
27 JAMES C. MANN                        ELLEN V. LEONIDA
   Assistant United States Attorney     Counsel for Quintin Phillip Hersey
28 Counsel for United States

STIP. REQ. TO ADVANCE HEARING DATE TO AUGUST 30, 2012
No. CR-09-00452 YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00452 YGR |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO ADVANCE HEARING DATE TO AUGUST 30, 2012 |
| v. | ) ) | |
| QUINTIN PHILLIP HERSEY, a/k/a Oliver Flynn Hershey, a/k/a Oliver Hersey, | ) ) ) | Date: October 11, 2012<br>Time: 2:00 p.m.<br>Court: Hon. Yvonne Gonzalez Rogers |
| Defendant. | ) ) ) | |

The above-captioned matter is set on October 11, 2012 at 2:00 p.m. before this Court for a status hearing in connection with the pending Petition for Summons for Offender Under Supervision. The parties request that this matter be advanced to August 30, 2012 for a report on the status and a possible disposition.

**IT IS HEREBY ORDERED** that the hearing in this matter is advanced from October 11, 2012 to August 30, 2012 at 2:00 p.m.

DATED: August 23, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

STIP. REQ. TO ADVANCE HEARING DATE TO AUGUST 30, 2012
No. CR-09-00452 YGR